AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Taylor Monicque Marshall, | ) | |
| Plaintiff, | ) ) ) ) | Civil Action No. 18-cv-10687 |
| v. | ) ) | |
| Palmer Recovery Attorneys, PLLC, | ) ) ) ) | Hon. Gershwin A. Drain |
| Defendant. | ) | |

## SUMMONS IN A CIVIL ACTION

To: Palmer Recovery Attorneys, PLLC
1900 Summit Tower Blvd., Suite 600
Orlando, FL 32810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ahmad T. Sulaiman
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue
Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By: s/D. Worth
*Signature of Clerk or Deputy Clerk*

Date of Issuance: February 28, 2018



**ORIGINAL**

# AFFIDAVIT OF PROCESS SERVER

Job # 2018002497

**Client Info:**

s/ Ahmad T. Sulaiman
Ahmad T. Sulaiman, Michigan Bar No. P82149 Counsel for Plaintiff
Admitted in the State Bar of Michigan Admitted in the Eastern
District of Michigan Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200 Lombard, Illinois 60148
(630) 575-8181 x124 (phone)
(630) 575-8188 (fax) ahmad.sulaiman@sulaimanlaw.com

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** TAYLOR MONICQUE MARSHALL  -versus- | DISTRICT COURT |
| **DEFENDANT:** PALMER RECOVERY ATTORNEYS, PLLC f/k/a LAW OFFICES OF PALMER, REIFLER & ASSOCIATES, PLLC, | Court Case # **18-cv-10687** |

**Service Info:**

Date Received: 3/6/2018 at 10:43 AM
Service: I Served **Palmer Recovery Attorneys, PLLC**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT**
by leaving with **JOHN DOE (REFUSED NAME), EMPLOYEE-AUTHORIZED TO ACCEPT**

At Business 260 WEKIVA SPRINGS ROAD LONGWOOD, FL 32779
On **3/13/2018** at **12:20 PM**
Manner of Service: **0. AUTHORIZED AGENT**
PROCESS HAS BEEN SERVED UPON AN AUTHORIZED AGENT FOR THE NAMED PARTY.

**Served Description:** (Approx)

Age: **25-35**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 9"**, Weight: **150**, Hair: **Brown** Glasses: **No**

**Service Comments:**

SERVER MADE CONTACT WITH AN EMPLOYEE (REFUSED NAME, MALE, WHITE, BROWN HAIR, 180lbs, 5'9", 25-35 YEARS OLD) REFUSED TO ACCEPT SERVICE. SERVER READ ALOUD THE CONTENTS OF THE DOCUMENTS AND LEFT IN A SECURE AND VISIBLE LOCATION WITH THE EMPLOYEE.

**Attempts:**

Service was Attempted on:
(1) 3/7/2018 at 04:20 PM, by BENNY GONZALEZ Loc: 1900 SUMMIT TOWER BLVD., SUITE 600 Orlando, FL 32810

I **BENNY GONZALEZ** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server:
**BENNY GONZALEZ**
0298 & 180016

**ACCURATE SERVE MIAMI**
151 N NOB HILL ROAD SUITE 378
Plantation, FL 33324

Client # 2018001037
SUBSCRIBED AND SWORN to before me this _14th_ day of _March_, _2018_, by **BENNY GONZALEZ**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARY PUBLIC for the state of Florida



CHRISTINE YAWNICK
State of Florida-Notary Public
Commission # GG 119935
My Commission Expires
June 28, 2021



1 of 1