UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAYLOR MONICQUE MARSHALL,

    Plaintiff,

    v.

PALMER RECOVERY ATTORNEYS, PLLC,

    Defendant.

_____/

Case No. 18-cv-10687

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

**JUDGMENT**

In accordance with the Opinion and Order entered on today's date,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of

Plaintiff and against Defendant.

Dated at Detroit, Michigan, this 27th, day of April 2018.

DAVID J. WEAVER
CLERK OF THE COURT